IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-00165-EWN-MJW

RICHARD JACKSON,

Plaintiff,

v.

THE BOARD OF TRUSTEES OF METROPOLITAN STATE COLLEGE, in their individual and their official capacities,

Defendant.

---

## ORDER (Docket No. 103)

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Vacate and Reset Settlement Conference, filed with the Court on July 15, 2005, is GRANTED. The Settlement Conference set for July 25, 2005, at 3:30 p.m., is VACATED and RESET on Nov 4th, 2005, at 10:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel are reminded that persons with complete settlement authority shall be present in person for the settlement conference. The parties shall submit their confidential settlement statements to U.S. Magistrate Judge Watanabe on or before October 28, 2005 by email to Watanabe_Chambers@cod.uscourts.gov.

DATE: July 15, 2005

_____
U.S. Magistrate Judge Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE