IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-00165-EWN-MJW

RICHARD JACKSON,

Plaintiff,

v.

THE BOARD OF TRUSTEES OF METROPOLITAN STATE COLLEGE, in their individual and their official capacities,

Defendant.

---

**ORDER**  ( Docket no. 108 )

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Vacate and Reset Settlement Conference, filed with the Court on October 26, 2005, is GRANTED. The Settlement Conference set for November 4, 2005, at 10:30 a.m., is VACATED and RESET on December 19, 2005, at 1:30 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel are reminded that persons with complete settlement authority shall be present in person for the settlement conference. The parties shall submit their confidential settlement statements to U.S. Magistrate Judge Watanabe on or before December 13, 2005 by email to Watanabe_Chambers@cod.uscourts.gov.

DATE: October 27, 2005

_____
U.S. Magistrate Judge Watanabe