IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–00165-EWN-MJW

RICHARD JACKSON,

    Plaintiff,

v.

THE BOARD OF TRUSTEES OF METROPOLITAN STATE COLLEGE,

    Defendant.

---

**ORDER SETTING TRIAL
ON TRAILING CALENDAR**

---

Due to the circumstances of its criminal and civil caseload, and upon the finding that certain civil cases can be handled more promptly only if they are set on a civil trailing calendar, it is

**ORDERED** as follows:

1.    This case is hereby set for a four-day trial to a jury, commencing at 9:00 o'clock a.m. on

**January 9, 2006.**

2.    This is a trailing setting. Specifically, the case may trail behind any criminal trial which must be set over it in order to comply with the Speedy Trial Act, 18 U.S.C. § 3161. It may

also trail behind other civil trials, based on the date of filing, priorities required by statute, and other considerations which have been brought to the attention of the court.

       3.      The parties should be prepared to try the case on the date specified or as soon thereafter as the court's trial schedule will permit.

Dated this 8th day of November, 2005.

                                       BY THE COURT:

                                       s/ Edward W. Nottingham
                                       EDWARD W. NOTTINGHAM
                                       United States District Judge