IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 03–cv–00165–EWN-MJW

RICHARD JACKSON,

    Plaintiff,

v.

THE BOARD OF TRUSTEES OF METROPOLITAN STATE COLLEGE,

    Defendant.

---

**STIPULATION AND ORDER** REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS

---

    It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has <u>expired</u> or all appellate proceedings have been <u>terminated</u> plus sixty (60) days.

    DATED at Denver, Colorado this 12TH day of January, 2006.

BY THE COURT:

_____
Edward W. Nottingham, Judge

_____
Counsel for Plaintiff

_____
Counsel for Defendant