F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 9 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 03-cv-00165-EWN-MJW

RICHARD JACKSON,

      Plaintiff,

v.

THE BOARD OF TRUSTEES OF METROPOLITAN STATE COLLEGE,

      Defendant.

---

### ORDER EXCLUDING WITNESSES

---

It is

**ORDERED** as follows:

1. All persons who expect to be called as witnesses in the case of *Richard Jackson v. The Board of Trustees of Metropolitan State College*, Civil Action No. 03-cr-00514-EWN-MJW, are **EXCLUDED FROM THE COURTROOM** during all further proceedings in the case.

2. No witness shall discuss with any other witness either the questions propounded to the witness or the testimony which he or she gave in response to the questions.

Dated this 9th day of January, 2006.

      BY THE COURT:

      *[signature]*
      EDWARD W. NOTTINGHAM
      United States District Judge