IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv-00165–EWN–MJW

RICHARD JACKSON,

      Plaintiff,

v.

THE BOARD OF TRUSTEES OF METROPOLITAN STATE COLLEGE,
in their individual and their official capacities,

      Defendant.

---

### ORDER DENYING MOTION TO STAY PROCEEDINGS

---

This matter is before the court on the "Stipulated Motion to Stay Proceedings Pending

Final Settlement Approval" (#158) filed January 30, 2006.  The Motion recites that the settlement

"should be concluded not later than April 3, 2006."  Because this case is three years old, this

aspect of the motion is unacceptable.  Before March 15, 2006, this court intends either to (1)

resolve all pending motions and enter a final judgment to close the case or (2) approve a

stipulation for dismissal or similar document which will likewise close the case.  Because the

schedule proposed by the parties does not take account of this requirement, the court cannot

approve it.  Accordingly, it is

ORDERED that the Motion to Stay (#158) is DENIED.

Dated this 30th  day of January, 2006.


                                        BY THE COURT:


                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        United States District Judge