IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00165-EWN-MJW

RICHARD JACKSON

    Plaintiff,

v.

THE BOARD OF TRUSTEES OF METROPOLITAN STATE COLLEGE, in their individual and official capacities,

    Defendants

## ORDER

THIS COURT, being fully advised in the premises hereby ORDERS:

The above captioned matter is hereby dismissed with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED, by the Court on this the 14th day of February, 2006.

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      United States District Judge